UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JACQUELINE M. GARROW,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**(Theft of Mail Matter by Postal Employee)**

On or about September 5, 2022, in Ingham County, in the Western District of Michigan, Southern Division,

JACQUELINE M. GARROW,

a United States Postal Service employee, did embezzle, steal, abstract, or remove mail matter that had been entrusted to her for delivery. Specifically, the defendant stole three Menard's rebate cards from mail that was addressed to intended recipients along her mail delivery route.

**18 U.S.C. § 1709**

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney